JOHN L. CAMPBELL, Respondent, *v.* CITY OF NEW YORK, Appellant.

Argued May 18, 1943; reargument ordered October 21, 1943.

Reargument ordered and argument set down for November, 1943, session.